**Ronnie MONTGOMERY, Appellant**

v.

**Paula MONTGOMERY, Appellee.**

**No. 05–12–01444–CV.**

Court of Appeals of Texas, Dallas.

Feb. 28, 2013.

Ronnie Montgomery, Lancaster, TX, pro se.

Paula Montgomery, Dallas, TX, pro se.

Before Chief Justice WRIGHT and Justices LANG–MIERS and LEWIS.

## OPINION

Opinion by Chief Justice WRIGHT.

By letter dated October 24, 2012, the Court informed appellant that the required $175 filing fee was past due. We instructed appellant to pay the fee within ten days and cautioned appellant that failure to do so would result in dismissal of the appeal without further notice. *See* Tex.R.App. P. 42.3(c).

As of today's date, the filing fee has not been paid. Accordingly, we dismiss the appeal. *See* Tex.R.App. P. 42.3(c).